01-15-00736-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

August 5, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 1:32:03 PM
CHRISTOPHER A. PRINE
Clerk

BOB WICOFF
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FL
HOUSTON TX 77002

Defendant's Name: ESSEABASI SAMUEL WILLIAMS

Cause No: 1455285

Court: 263RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 7-30-15
**Sentence Imposed Date:** 7-30-15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** BOB WICOFF

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MARCIA BARNETT (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1455285

THE STATE OF TEXAS

V.

Esseakisi W. ,A/K/A/ _____

263 District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On 7/30/15 (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

7/30/15
**Date**

Esseakisi William
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk

JUL 30 2015

Time:_____
Harris County, Texas

By_____
Deputy

_____
**Attorney (Signature)**

Cynthia J Cu
**Attorney (Printed name)**

043918 w
**State Bar Number**

_____
**Address**

713-893 2517
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

Esse William
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ JUL 30 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: ___**JUL 3 0 2015**___

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1455285

THE STATE OF TEXAS

IN THE 263 DISTRICT COURT

v

COUNTY CRIMINAL COURT AT LAW NO. ____

Essealvasi Williams , Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case

- [☒] is not a plea-bargain case, and the defendant has the right of appeal [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal [*or*]
- [ ] the defendant has waived the right of appeal

_____
Judge

MAR 13 2015
_____
Date Signed

I have received a copy of this certification I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals TEX R APP P 68 2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

_____
Defendant

_____
Defendant's Counsel

Mailing Address _____

**FILED**
Chris Daniel
District Clerk

Telephone number _____

Fax number (if any) _____
MAR 13 2015
Time: _____
By _____
Harris County, Texas
Deputy

State Bar of Texas ID number 0459183
440 Louisiana
Mailing Address 1730 70 76 7705

Telephone number 713-893-7717

Fax number (if any) 832 201 7751

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal " TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

CLERK

9/1/2011

Cause No. ___1455295___

| STATE OF TEXAS | § | IN THE _263_ DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| _Essappasi Williams_ , | § | OF HARRIS COUNTY, TEXAS |
| **Defendant** | § | |

## ADVICE OF DEFENDANT'S RIGHT TO APPEAL

**The Court, pursuant to Tex. R App. P. 25.2, advises the Defendant as follows:**

1   Texas law gives a defendant convicted of a crime the right to appeal his conviction

2   If you **pleaded guilty** or **no contest** and accepted the punishment recommended by the prosecutor, however, you **cannot** appeal your conviction unless the Court gives you permission   If you **waived** or gave up your right to appeal, you **cannot** appeal your conviction

3   If you did not plead guilty, you may have the right to appeal   If you want to appeal, you must give notice of appeal **in writing** to this Court's clerk within **30 days**

4   If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address   You must tell your attorney in writing of any **change in your address**

5   If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review in the Court of Criminal Appeals within **30 days** of the issuance of the opinion by the court of appeals   If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review

**The Defendant declares the following to the Court** (choose one)

1   ☑ I read and write English   I have read and I understand this document _EW_ (Defendant initial here if true), or

2   ☐   I speak English _____ (name reader) read this document to me   I understand its contents _____(Defendant initial here if true), or

3   ☐   I do not speak English _____ (name translator) translated this document for me I understand its contents _____(Defendant initial here if true)

_____
Defendant's signature                          MAR 1 3 2015
Sworn to and subscribed before me on _3-13-15_____

_____
Harris County Deputy District Clerk

**FILED**
Chris Daniel
District Clerk

MAR 1 3 2015

Time:_____
By_____
Harris County, Texas
Deputy

_____
PRESIDING JUDGE
_____ District Court
Harris County, Texas

Revised 5/2/12

**CLERK**

# APPEAL CARD

Court **263** **9-28-15** Cause No. **1455285**

## The State of Texas
### Vs

WILLIAMS, ESSEABASI SAMUEL

Date Notice
Of Appeal: 7-30-15 JUL 3 0 2015

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding **JIM WALLACE**
Court Reporter **MARCIA BARNETT**
Court Reporter _____
Court Reporter _____

Attorney
on Trial **CYNTHIA CLINE**

Attorney
on Appeal **BOB WICOFF**

Appointed ✓ Hired _____

Offense **ENGAGING IN ORG CRIM ACTIVITY**

Jury Trial: Yes_____ No ✓

Punishment
Assessed **30 YRS TDC**

Companion Cases
(If Known) **N/A**

Amount of
Appeal Bond **N/A**

Appellant
Confined: Yes ✓ No_____

Date Submitted
To Appeal Section _____

Deputy Clerk **N JONES**